IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DVDPLAY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. _____ |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## DVDPLAY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, DVDPlay, Inc. ("DVDPlay"), having its principal place of business in Campbell, California, hereby states that: (a) DVDPlay is a Delaware corporation that is publicly held, (b) DVDPlay has no corporate parent, and (c) DVDPlay is not aware of any other publicly-held corporation owning 10 percent or more of DVDPlay's stock.

OF COUNSEL:

Charlene M. Morrow
Hector J. Ribera
Salam R. Baqleh
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
(650) 988-8500

Dated: October 28, 2008

John W. Shaw (No. 3362)YOUNG
CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiff DVDPlay, Inc.*